# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CRYSTAL VASQUEZ AND DERECK VASQUEZ,

    Plaintiffs,

    vs.

FCA US, LLC; and DOES 1 through 10, inclusive

    Defendants.

Case No. 8:22-cv-01435-KK-JDEx

District Judge: Kenly Kiya Kato

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Plaintiffs CRYSTAL VASQUEZ AND DERECK VASQUEZ ("Plaintiffs") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on November 14, 2023.

    Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $88,362.16 pursuant to the terms of the Rule 68 Offer.

    **IT IS SO ORDERED.**

Date:   December 11, 2023

                                     Noe U. Ponce
                                     Deputy Clerk