Tionna Carvalho (SBN 292010)
tcarvalho@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, Floor 19
Los Angeles, CA 90067
Telephone:  (310) 929-4900
Facsimile:   (310) 943-3838

Attorney for Plaintiffs,
CRYSTAL VASQUEZ and DERECK VASQUEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL VASQUEZ and DERECK VASQUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:22-cv-01435-KK-JDE<br><br>Hon. Kenly Kiya Kato<br><br>**PLAINTIFFS' REQUEST FOR DISMISSAL** |

## **PLAINTIFFS' REQUEST FOR DISMISSAL**

1. Plaintiffs CRYSTAL VASQUEZ and DERECK VASQUEZ ("Plaintiffs") hereby move for the dismissal of this proceeding under Federal Rule of Civil Procedure 41(a)(2).

2. Damages in this matter have been resolved by way of Plaintiffs' acceptance of Defendant, FCA US, LLC ("Defendant"), Rule 68 Offer.

3. Defendant agreed to settle Plaintiffs' attorneys' fees, costs, and expenses.

4. Funding for Plaintiffs' damages and attorneys' fees, costs, and expenses has been satisfied, thus, Plaintiffs request the Court to dismiss this case with prejudice.

1

**PLAINTIFFS' REQUEST FOR DISMISSAL**

5. A proposed order for dismissal is attached hereto.

Dated: October 23, 2025    **STRATEGIC LEGAL PRACTICES, APC**

_____
TIONNA CARVALHO
Attorney for Plaintiffs
CRYSTAL VASQUEZ and DERECK VASQUEZ

**PLAINTIFFS' REQUEST FOR DISMISSAL**