# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL VASQUEZ and DERECK VASQUEZ,<br><br>  Plaintiffs,<br><br>  v.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.: 8:22-cv-01435-KK-JDE<br><br>Hon. Kenly Kiya Kato<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR DISMISSAL [35]** |

## ORDER GRANTING PLAINTIFFS' REQUEST FOR DISMISSAL

Upon the Request of the Plaintiffs to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses, and satisfied funding of such:

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Date: 10/27/2025

Hon. Kenly Kiya Kato
UNITED STATES DISTRICT COURT JUDGE